UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| JUDGE: JEFFREY L. CURETON | |
|---|---|
| DEPUTY CLERK: JULIE HARWELL | COURT REPORTER/TAPE NO: DIGITAL FILE  Remote |
| LAW CLERK: | USPO/PTSO: |
| INTERPRETER: | COURT TIME: 2 min. |
| A.M.            P.M. | DATE: April 22, 2016 |

☒ MAG. NO. ☐ DIST. CR. NO. 4:16-MJ-163

UNITED STATES OF AMERICA § SHAWN SMITH, AUSA

V. §

AMANDA ROSE CHAMBERLAIN (01) § TRACIE TIPPEN
MICHAEL JOHN MIZE (07)     § CODY COFER

DEFENDANT(S) NAME(S) AND NUMBER(S) § COUNSEL FOR DEFENDANTS, APPT - (A) Retd - (R) FPD - (F)

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
APR 22 2016
CLERK, U.S. DISTRICT COURT
By _____ Deputy

☒ INITIAL APPEARANCE  ☐ IDENTITY  ☐ BOND HEARING  ☐ PRELIMINARY HEARING
☐ DETENTION HEARING  ☐ COUNSEL DETERMINATION HEARING  ☐ REMOVAL HEARING  ☐ EXTRADITION HEARING
☐ HEARING CONTINUED ON _____ CASE NO. _____ ☐ OTHER DISTRICT ☐ DIVISION
☒ DATE OF FEDERAL ARREST/CUSTODY: 4-22-16  ☐ SURRENDER _____ ☐ RULE 5/32  ☒ APPEARED ON WRIT
☒ DEFT FIRST APPEARANCE. DEFT ADVISED OF RIGHTS/CHARGES  ☐ PROBATION/SUPERVISED RELEASE VIOLATOR
☒ DEFT FIRST APPEARANCE WITH COUNSEL.
☒ DEFT ☐ MW (MATERIAL WITNESS) _____ APPEARED ☒ WITH ☐ WITHOUT COUNSEL
☒ REQUESTS APPOINTED COUNSEL.
☒ FINANCIAL AFFIDAVIT EXECUTED.
☐ ORDER APPOINTING FEDERAL PUBLIC DEFENDER.
☒ PRIVATE COUNSEL APPOINTED Tracie Tippen for (01) & Cody Cofer for (07)
☐ DEFT HAS RETAINED COUNSEL _____
☐ ARRAIGNMENT SET _____ ☒ Preliminary & DETENTION HEARING SET 4-26-16 @ 10:30am for Deft. Mize
☐ PRELIMINARY HEARING SET _____ ☐ BOND HEARING SET _____
☐ COUNSEL DETERMINATION HEARING SET _____
☐ IDENTITY/REMOVAL HEARING SET _____
☐ BOND ☐ SET ☐ REDUCED TO $_____ ☐ CASH ☐ SURETY ☐ 10% ☐ PR ☐ UNS ☐ 3RD PTY ☐ MW
☐ NO BOND SET AT THIS TIME, ___ DAY DETENTION ORDER TO BE ENTERED.
☒ ORDER OF TEMPORARY DETENTION/COMMITMENT PENDING HEARING ENTERED. for Deft. Mize
☒ ORDER OF DETENTION PENDING TRIAL ENTERED. for Deft. Chamberlain
☐ DEFT ADVISED OF CONDITIONS OF RELEASE.
☐ BOND EXECUTED ☐ DEFT ☐ MW RELEASED ☐ STATE AUTHORITIES ☐ INS
☒ DEFT ☐ MW REMANDED TO CUSTODY.
☐ DEFT ORDERED REMOVED TO ORIGINATING DISTRICT.
☐ WAIVER OF ☐ PRELIMINARY HEARING ☐ RULE 5/32 HEARING ☐ DETENTION HEARING
☒ COURT FINDS PROBABLE CAUSE ☐ ID ☒ PC as to Deft. Chamberlain
☐ DEFT FAILED TO APPEAR. ORAL ORDER FOR ISSUANCE OF BENCH WARRANT.
☐ GOVERNMENT TO NOTIFY FOREIGN CONSULAR
☒ REMARKS: Deft. Chamberlain waives PC & Detention